1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                        AT TACOMA
10

11 | RICHARD SCOTT,                    | CASE NO. 3:25-cv-05222-LK

12 |                    Plaintiff,     | ORDER OF VOLUNTARY
   |         v.                        | DISMISSAL
13
   | PATRICK OISHI et al.,
14
15 |                    Defendants.

16
      This matter comes before the Court on Plaintiff Richard Scott's "Withdrawal under Rule
17
41" in which he requests a "withdrawal of the above captioned complaint under rule 41." Dkt. No.
18
21 at 1. Because no Defendant has filed an answer or a motion for summary judgment, Mr. Scott
19
is entitled to dismiss this action without a court order. Fed. R. Civ. P. 41(a)(1)(A). The Court
20
therefore dismisses this matter without prejudice, declines to adopt the pending Report and
21
//
22
//
23
//
24

ORDER OF VOLUNTARY DISMISSAL - 1

1  Recommendation (Dkt. No. 19[1]) as moot, and directs the Clerk to close the case.

2  Dated this 16th day of June, 2025.

*Lauren King*

Lauren King
United States District Judge

---

[1] The Court does not construe the fact that Mr. Scott filed objections to the Report and Recommendation as an indication that he wants to continue this matter. Although the Special Commitment Center mailed the objections and the withdrawal to the Court on the same day, Dkt. No. 20 at 4; Dkt. No. 21 at 3, Mr. Scott signed the withdrawal, Dkt. No. 21 at 1, five days after he signed the objections, Dkt. No. 20 at 2, indicating that the withdrawal reflects his current intent.

ORDER OF VOLUNTARY DISMISSAL - 2